UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BIJAN MADJLESSI,<br><br>            Defendant. | Case No:  C 13-4938 SBA<br><br>**ORDER OF REFERENCE** |

IT IS HEREBY ORDERED THAT:

1. In accordance with Civil Local Rule 72-1 and 28 U.S.C. § 636(b)(1), the Petition to Enforce IRS Summons is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation.

2. If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiff shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3. The Case Management Conference scheduled for January 23, 2014, is VACATED.

IT IS SO ORDERED.

Dated: 10/29/13

SAUNDRA BROWN ARMSTRONG
United States District Judge