MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:              (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR No. C-13-4938-SBA |
|---|---|
| Petitioner, | |
| v. | NOTICE OF DISMISSAL |
| BIJAN MADJLESSI, | |
| Respondent. | |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal.

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Thomas Moore          _
THOMAS MOORE
Assistant United States Attorney
Tax Division

Attorneys for the United States